IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**CRYSTAL PLANT**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**PLAINTIFF**
ADC #719242

v.　　　　　　　　　　　Case No. 4:23-CV-00407-LPR

**LYNMARIE LIBERTY-ELLINGTON,**
Attorney, Liberty-Ellington Law & Mediation　　　　　　　　　　　**DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered today, it is CONSIDERED, ORDERED, and ADJUDGED that all claims in this case are hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment and the accompanying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 3rd day of August 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).